UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| EDGAR RIVEROS-SANCHEZ and MARIA RIVEROS-SANCHEZ, | : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 19-cv-545 |
| CITY OF EASTON; ELIZABETH GEHMAN; and JOHN BAST, | : : : | |
| Defendants. | : : : | |

# **O R D E R**

**AND NOW**, this 25th day of July, 2019, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 4, is **GRANTED**.
2. Counts I and II of Plaintiffs' complaint are **DISMISSED without prejudice**.
3. Count III of Plaintiffs' complaint is **DISMISSED with prejudice**.
4. Count IV of Plaintiffs' complaint is **DISMISSED with prejudice** as to Defendant the City of Easton and **DISMISSED without prejudice** as to the other Defendants.
5. Plaintiffs shall file any amended complaint **within thirty days** of the date of this order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

072519