UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDGAR RIVEROS-SANCHEZ and
MARIA RIVEROS-SANCHEZ
35 West Cottage St. Apt. 3
Tamaqua PA 18252
       Plaintiffs,

                                 No. 19-cv-545

       v.

CITY OF EASTON, JOHN BAST; and JOHN H. PRICE
       Defendants.

---

## AMENDED COMPLAINT by Edgar and Maria Riveros-Sanchez

We, as Plaintiffs, are not attorneys and as we are pro se litigants, we are making the following statements to the best of our abilities on the 22nd day of August 2019. The statements state our claim and are in response to the Defendant's Motion to Dismiss and the Judge's Order to have Plaintiffs file any amended complaint within 30 days of the July 25th, 2019 Court Order:

## COUNT #1 Substantive Due Process Claim

## COUNT #2 Procedural Due Process Claim

## COUNT #3 Negligence Claim

A. On or about August 25, 2014, Plaintiffs met with City of Easton Fire Inspector Terry Foulk and other City of Easton Code officials in their offices located at #1 South 3rd St in Easton Pennsylvania. At that meeting the City of Easton requested Plaintiff to install a fire alarm system in the 723 Washington St. property. Plaintiff had an oral agreement with Inspector Foulk that two months after the Bankruptcy Court Judge gave Plaintiffs their Final Notice of Bankruptcy discharge, in two months we would have the fire alarm purchase process in motion. One of the reasons he had not done this earlier was because he had to make court ordered Chapter 13 bankruptcy payments. Plaintiff didn't have the $5,000 TYCO Integrated Systems required to install an alarm system, **so Plaintiffs had to keep negotiating for a fire alarm system at an affordable price.** This negotiating process, along with obtaining a bankruptcy discharge, **took 10 months to complete** with the City recognizing during that time the apartments were up to Residential Rental Inspection code requirements with 16 smoke detectors and 4 fire extinguishers. **Plaintiffs kept in communication with the City Code Inspector Liz Gehman during the entire 10-month period.** According to the spirit of the oral agreement, to keep things moving, Plaintiffs gave Paul Philips of TYCO Integrated Systems $3500 within two months after the Bankruptcy Judge granted the Final Notice of Plaintiff's bankruptcy discharge. Plaintiff produced this down payment money within 27 days of the discharge date. Because of this Bankruptcy we asked the City Fire Inspector Terry Foulk for the 2 month's agreement that he gave us back in 2014.

    SEE EXHIBIT A – Check to TYCO for $3,500

    SEE EXHIBIT B – (4 fire alarm installation contracts with TYCO)

    SEE EXHIBIT B-5 U.S. Bankruptcy Court Final Decree

B. The City of Easton failed to give proper notice to Owners Edgar and Maria Riveros-Sanchez as the City did not notify the Plaintiffs' registered Property Manager who had a real estate office located in Easton for 64 years. The City of Easton posted the 723 Washington St. property with a CLOSED USE FORBIDDEN SIGN declaring that all occupants must vacate the property in 7 days.

The City Code office failed to call the phone number for the designated and registered property manager who was listed on the Code Office's own paperwork. **Prior to posting the property, the City also didn't call Plaintiffs' Property Manager's place of business which has been located at the same address and has had the same phone number in all local telephone directories for 64 years!**

**SEE EXHIBIT C   Lawful Residential Rental Registration Documents**

**SEE EXHIBIT D   *Closed Use Forbidden* Sign Posted on Property**
**showing 7 days to vacate (3 photos)**

**SEE EXHIBIT E   UNDATED Post Facto Notice of Violation letter from Fire Marshall John Price**


**Plaintiff's assert that the lack of due process described above would shock the conscience of any reasonably thinking person!** Plaintiff was very upset by the negligence displayed by the City Code office during a time when the City Code Office was changing Administrators. Some new Code Office staffers appeared not to be aware of the *full extent* of Plaintiffs' overall situation and constant communications with the City **as the fire alarm system price was negotiated, and eventually the fire alarm system was installed in the property, and the alarm system passed inspection by the City's Code Inspectors!!!!!!!!**

Although the City gave Plaintiffs' a right to appeal the notice to install a fire alarm before its Property Maintenance Review Board of Appeals, Plaintiff instead consented to move ahead **and install the actual fire alarm which he ultimately did** because he was working with the City all along the way per the original oral agreement with Fire Inspector Terry Foulk. The new Fire Marshall, John Price stated in his letter that "repeated attempts to get this alarm installed for the past 10 months were ignored." **This is a complete falsehood** as the many printed email communications with the City and copies of different contracts with TYCO show that Plaintiff was not ignoring the need to install a fire alarm.

## Plaintiffs assert that whoever gave the order to have the property posted and shuttered was at fault in this matter!

Plaintiff was concerned and disturbed by the execution of this order because Plaintiff was negotiating with TYCO AND COMMUNICATING WITH THE CITY THROUGH LIZ GEHMAN THE ENTIRE TIME. The City Code Office showed bad faith, corruption, intent to interfere with constitutional protected activity, and eventual deprivation of Plaintiffs' property and income flow. This was clear negligence and an overreach using the most egregious official conduct. This reckless conduct subsequently produced a result which caused harm to Plaintiffs.


C.  **The letter submitted by City of Easton and its Fire Marshall John Price was not dated.** In the letter the Fire Marshall said that the Plaintiffs ignored ALL requests to install a fire alarm system in the property. This is proven false by the numerous exhibits which show communication and contracts with the City's Residential Rental inspector regarding installing a fire alarm system. **The property was up to the residential rental code all during that time.**

When one looks at all the Plaintiffs' communications with the City of Easton regarding working to install a fire alarm system it shocks the conscience of any reasonable thinking human being!

**SEE EXHIBIT F   Email Communication Documents relating to Fire Alarm and other Code Compliance**

## COUNT #4  Tortious Interference with Contract Relations

**A.** Plaintiffs agree with the protections of immunity and exonerate Liz Gehman on this Count. Plaintiffs request the Court to remove her from fault because she was always helpful and diligent in the performance of her duties with Plaintiffs. Naming her as a Defendant by Plaintiff's counsel was not proper for this case and Plaintiff hereby apologizes. **Plaintiff told counsel several times to remove her name from this Count and all other Counts in this court case.**

B. With tenants being forced to vacate by City officials, the building was empty, so Plaintiff should get paid back the money he paid for 6 months while the building was empty. **The alarm system was eventually installed as agreed.** Plaintiff carried the building financially without rental income until the alarm was installed. Plaintiff was the Owner. He had a contractual obligation to pay his bank. The City deprived him of tenants that eliminated his rental income flow...all while the property was legal under the residential rental inspection code!

Plaintiff has all the proof of his mortgage payments from the cashed checks.

**SEE EXHIBIT G  Copies of Timely Mortgage Payments to Ocwen Loan Servicing Co.**

## CONCLUSION

In summary, a new City of Easton Fire Marshall "jumped the gun" and interfered with the gradual process of installing a fire alarm system in this particular case where Plaintiff was soon to be coming out of bankruptcy and needed the extra time originally allowed in the oral agreement by Fire Inspector Foulk. **Plaintiff "worked with the City of Easton code Office" as many other Easton property owners did over the past two decades which helped "bring the City back".** This cooperation between the property owners and the City Code Office has been a part of Easton's great success story. **The new Fire Marshall's egregious actions caused Plaintiff's property to be vacated on an impractical timeline causing the eventual loss of income for the Plaintiffs and the loss of property value for Plaintiffs in their senior years.**
**(They are age 77 and 68.)**

Plaintiff's consciences were shocked by the behavior of the new Fire Marshall who signed the letter that caused the mental and physical grief and loss of property described in this Court filing.

Plaintiffs hereby respectfully ask the Judge to deny the Defendants Motion to Dismiss and rule in favor of Plaintiffs.

**Plaintiffs also respectfully ask the Court for 60 days to find Counsel if there are further court filings to be made.**

Respectfully Submitted,

Edgar Riveros-Sanchez

Maria Riveros-Sanchez

Exhibit "A"

| 0066075 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

Remitter:          **EDGAR RIVEROS-SANCHEZ**
Purchaser:        **EDGAR RIVEROS-SANCHEZ**
Purchaser Account:  **101026444976**
Operator I.D.:      **u391329**
Funding Source:    **Cash, Paper Items(s)**
PAY TO THE ORDER OF        ***TYCO INTEGRATED SECURITY***

***Three thousand five hundred dollars and no cents***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

17004     Rev. 40.37442/

SERIAL #:  6807500896

ACCOUNT#:  4861-009025

**July 29, 2015**

**\*\*$3,500.00\*\***

VOID IF OVER US $  3,500.00

**NON-NEGOTIABLE**



**tyco**
*Integrated Security*

| | | | | | |
|---|---|---|---|---|---|
| **COMMERCIAL SALES AGREEMENT** | **TOWN NO.** 0147-ALLENTOWN, PA | **CUSTOMER NO.** | **JOB NO.** | **PO NO.** | **ESTIMATE NO.** 1-YRN98O |

DATE: 1/5/2015

Tyco Integrated Security LLC ("Tyco")

Anthony Sena
6330 Hedgewood Dr,
Allentown, PA. 18106-9268
Tele. No. (610) 366-3646

Kilbanks Real Estate
d/b/a:
("Customer")
**Customer Billing Information**
723 Washington St.
Easton, PA 18042
Attn: Bob Kilbanks
Tele. No.

**Customer Premises Serviced**
723 Washington St,
Easton, PA 18042
Attn: Bob Kilbanks
Tele. No. (464) 903-8815

This Commercial Sales Agreement is between Customer and Tyco effective as of the date signed by Customer. By entering into this Agreement, Tyco and Customer agree to the Terms and Conditions contained in this Agreement. The Equipment and/or Services, collectively the System(s) covered under this Agreement is/are listed in the attached Schedule(s) of Protection / Scope of Work ("SOW").

**I. THE FOLLOWING DOCUMENTS ARE ATTACHED TO THIS AGREEMENT AND ARE INCORPORATED BY REFERENCE:**

(a) Hazardous Substance Checklist and Customer Letter
(b) Scope of Work / Schedule(s) of Protection
(c) Terms and Conditions
(d) Additional Terms and Conditions
(e) State Specific Forms, if applicable (e.g., local permit applications)
(f) Customer Installation Acceptance Form (specific to Equipment/Services purchased)
(g) If multiple locations, see attached schedule

**II. CHARGES AND FEES:** Customer agrees to pay the Sum of **$ 8,872.88** ("Installation Charge") with **$ 0.00** payable upon acceptance of this Agreement ("Installation Charge Deposit") plus any applicable "Fees" and sales taxes. Tyco may invoice Customer for progress billings based upon Equipment and/or System components delivered or stored, and/or Services performed before completion of the System/Equipment installation, activation of the System, connection to the CMC, or any other Service(s). All outstanding Installation Charges and/or Fees shall be due and payable upon completion of the installation of the Equipment/System and as a precondition to activation of System and, if applicable, connection to Tyco's Central Monitoring Center ("CMC") or any other Service(s). Any changes in the STATEMENT OF WORK / SCHEDULE OF PROTECTION made by the Customer after execution of this Agreement must be agreed to by Tyco and the Customer in writing and may be subject to additional charges and/or fees. Any equipment ordered by Customer by e-mail or telephone order shall be subject to terms and conditions of the Agreement and may be subject to shipping, handling, and/or restocking fees. For the Service(s) provided as indicated in this Agreement, Customer agrees to pay Service Charges in the amount of **$ 1,422.40** per annum (the "Annual Service Charge"), payable in advance Quarterly plus applicable state and/or local tax(es) for 5 year(s) (the "Initial Term") effective from the date such Service is operative under this Agreement. Until Customer has paid Tyco the Installation Charge and Fees in full, Customer grants to Tyco a security interest in the Equipment and all proceeds thereof to secure such payment. After the Initial Term this Agreement shall automatically renew on a/an Annual basis unless terminated by either party upon written notice at least thirty (30) days prior to the anniversary date. Tyco shall have the right to increase Annual Service Charge(s) after one (1) year. For termination prior to the end of the Initial Term, Customer agrees to pay, in addition to any outstanding Fees and charges for Service(s) rendered prior to termination, **90%** of the Annual Service Charge(s) remaining to be paid for the unexpired term of the Agreement as liquidated damages but not as a penalty. Additionally, Customer agrees to pay any assessments, taxes, fees or charges imposed by any governmental body, telephone, communication, or signal transmission company such as false alarm, permitting or connection fees, or administration fees or service charges assessed by Tyco related to AHJ requirements and/or changes to applicable laws, the need to reprogram alarm controls/devices to comply with area code, signal transmission, numbering or other changes relating to the installed Equipment and/or Service(s) provided under this Agreement ( "Fees").

**III. ENTIRE AGREEMENT; CUSTOMER ACCEPTANCE:** This Agreement, together with all of its written Amendments, Riders, Scope of Work and/or Exhibits, constitutes the entire agreement between the Customer and Tyco relating to the subject matter hereof and supersedes any prior or contemporaneous oral or written agreements and understandings. The terms and conditions of this Agreement will prevail over any conflicting, inconsistent or additional terms and/or conditions contained in any purchase order, agreement, or other document issued by Customer. In signing this Agreement, Customer is not relying on any advice, advertisements, or oral representations of Tyco and agrees to be bound to the terms and conditions contained in all the pages of the Agreement. Customer agrees that any representation, promise, condition, inducement or warranty, express or implied, not included in this Agreement will not be binding upon Tyco, and that the terms and conditions in this Agreement apply as printed without alteration or qualification, except as specifically modified by a written agreement signed by Tyco and Customer. Any changes in the Statement of Work or scope of the work requested by the Customer after the execution of this Agreement may result in additional cost to the Customer and any such changes/additions must be authorized in a writing signed by both the Customer and Tyco. Customer's failure to accept and sign this Agreement within ninety (90) days of the date shown above may result in price increases. Customer acknowledges that: (a) Tyco has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from Tyco at an additional cost to the Customer; (c) Customer desires and has contracted for only the Equipment and/or Service(s) itemized in this Agreement; (d) the Equipment/Service(s) specified in this Agreement are for Customer's own use and not for the benefit of any third party; (e) Customer owns the premises in which the Equipment is being installed or has the authority to engage Tyco to carry out the installation in the premises; and (f) Customer will comply with all laws, codes and regulations pertaining to the use of the Equipment/Service(s).

ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS CONTAINED IN THE SECTIONS ENTITLED "TERMS AND CONDITIONS" AND "ADDITIONAL TERMS AND CONDITIONS". THIS AGREEMENT REQUIRES FINAL APPROVAL OF A TYCO AUTHORIZED MANAGER BEFORE ANY EQUIPMENT/SERVICES MAY BE PROVIDED. IF APPROVAL IS DENIED, THIS AGREEMENT WILL BE TERMINATED AND TYCO'S ONLY OBLIGATION TO CUSTOMER WILL BE TO NOTIFY CUSTOMER OF SUCH TERMINATION AND REFUND ANY AMOUNTS PAID IN ADVANCE.

| | |
|---|---|
| IF MAINTENANCE SERVICE IS DECLINED, CUSTOMER MUST INITIAL HERE _____ | IF A 5-DAY FAMILIARIZATION PERIOD IS REQUESTED, CUSTOMER MUST INITIAL HERE _____ |
| TYCO INTEGRATED SECURITY LLC | CUSTOMER: _____ |
| Presented by: _____ (Signature of Tyco Sales Representative) | Accepted By: _____ (Signature of Customer's Authorized Representative) |
| Sales Agent: Anthony Sena | _____ |
| Sales Representative Registration Number (if applicable): _____ | (Name Printed) |
| | Title: _____ |
| | Date Signed: _____ |

B-2

Page 1 of 8
© 2012 Tyco. All Rights Reserved

**TYCO** *Integrated Security*

## COMMERCIAL SALES AGREEMENT

| | | | | |
|---|---|---|---|---|
| **TOWN NO.** 0147-ALLENTOWN, PA | **CUSTOMER NO.** | **JOB NO.** | **PO NO.** | **ESTIMATE NO.** 1-YRN98O |

DATE: 7/17/2015

Tyco Integrated Security LLC ("Tyco")

Paul Phillips
5330 Hedgewood Dr,
Allentown, PA  18106-9268
Tele. No. (610) 573-2908

Kilbanks Real Estate
d/b/a:
("Customer")
**Customer Billing Information**
723 Washington St,
Easton, PA 18042
Attn: Bob Kilbanks
**Tele. No.**

**Customer Premises Serviced**
723 Washington St,
Easton, PA 18042
Attn: Bob Kilbanks
Tele. No. (484) 903-8815

This Commercial Sales Agreement is between Customer and Tyco effective as of the date signed by Customer.  By entering into this Agreement, Tyco and Customer agree to the Terms and Conditions contained in this Agreement.  The Equipment and/or Services, collectively the System(s) covered under this Agreement is/are listed in the attached Schedule(s) of Protection / Scope of Work ("SOW").

I.   THE FOLLOWING DOCUMENTS ARE ATTACHED TO THIS AGREEMENT AND ARE INCORPORATED BY REFERENCE:

(a)   Hazardous Substance Checklist and Customer Letter
(b)   Scope of Work / Schedule(s) of Protection
(c)   Terms and Conditions
(d)   Additional Terms and Conditions

(e)   State Specific Forms, if applicable (e.g., local permit applications)
(f)    Customer Installation Acceptance Form (specific to Equipment/Services purchased)
(g)   If multiple locations, see attached schedule

II.   CHARGES AND FEES: Customer agrees to pay the Sum of  **$ 9,295.79** ("Installation Charge") with  **$ 0.00**  payable upon acceptance of this Agreement ("Installation Charge Deposit") plus any applicable "Fees" and sales taxes. Tyco may invoice Customer for progress billings based upon Equipment and/or System components delivered or stored, and/or Services performed before completion of the System/Equipment installation, activation of the System, connection to the CMC, or any other Service(s). All outstanding Installation Charges and/or Fees are due and payable upon completion of the installation of the Equipment/System and as a precondition to activation of System and, if applicable, connection to Tyco's Central Monitoring Center ("CMC") or any other Service(s).  Any changes in the STATEMENT OF WORK / SCHEDULE OF PROTECTION made by the Customer after execution of this Agreement must be agreed to by Tyco and the Customer in writing and may be subject to additional charges and/or fees. Any equipment ordered by Customer by e-mail or telephone order shall be subject to terms and conditions of the Agreement and may be subject to shipping, handling, and/or restocking fees. For the Service(s) provided as indicated in this Agreement, Customer agrees to pay Service Charges in the amount of  **$ 1,422.40**  per annum (the "Annual Service Charge"), payable in advance Quarterly plus applicable state and/or local tax(es) for 5 year(s) (the "Initial Term") effective from the date such Service is operative under this Agreement. Until Customer has paid Tyco the Installation Charge and Fees in full, Customer grants to Tyco a security interest in the Equipment and all proceeds thereof to secure such payment. After the Initial Term this Agreement shall automatically renew on a/an Annual basis unless terminated by either party upon written notice at least thirty (30) days prior to the anniversary date. Tyco shall have the right to increase Annual Service Charge(s) after one (1) year. For termination prior to the end of the Initial Term, Customer agrees to pay, in addition to any outstanding Fees and charges for Service(s) rendered prior to termination,  **90%**  of the Annual Service Charge(s) remaining to be paid for the unexpired term of the Agreement as liquidated damages but not as a penalty. Additionally, Customer agrees to pay any assessments, taxes, fees or charges imposed by any governmental body, telephone, communication, or signal transmission company such as false alarm, permitting or connection fees, or administration fees or service charges assessed by Tyco related to AHJ  requirements and/or changes to applicable laws, the need to reprogram alarm controls/devices to comply with area code, signal transmission, numbering or other changes relating to the installed Equipment and/or Service(s) provided under this Agreement ("Fees").

III.   ENTIRE AGREEMENT; CUSTOMER ACCEPTANCE:  This Agreement, together with all of its written Amendments, Riders, Scope of Work and/or Exhibits, constitutes the entire agreement between the Customer and Tyco relating to the subject matter hereof and supersedes any prior or contemporaneous oral or written agreements and understandings. The terms and conditions of this Agreement will prevail over any conflicting, inconsistent or additional terms and/or conditions contained in any purchase order, agreement, or other document issued by Customer. In signing this Agreement, Customer is not relying on any advice, advertisements, or oral representations of Tyco and agrees to be bound to the terms and conditions contained in all the pages of the Agreement. Customer agrees that any representation, promise, condition, inducement or warranty, express or implied, not included in this Agreement will not be binding upon Tyco, and that the terms and conditions in this Agreement apply as printed without alteration or qualification, except as specifically modified by a written agreement signed by Tyco and Customer.  Any changes in the Statement of Work or scope of the work requested by the Customer after the execution of this Agreement may result in additional cost to the Customer and any such changes/additions must be authorized in a writing signed by both the Customer and Tyco.  Customer's failure to accept and sign this Agreement within ninety (90) days of the date shown above may result in price increases. Customer acknowledges that: (a) Tyco has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from Tyco at an additional cost to the Customer; (c) Customer desires and has contracted for only the Equipment and/or Service(s) itemized in this Agreement; (d) the Equipment/Service(s) specified in this Agreement are for Customer's own use and not for the benefit of any third party; (e) Customer owns the premises in which the Equipment is being installed or has the authority to engage Tyco to carry out the installation in the premises; and (f) Customer will comply with all laws, codes and regulations pertaining to the use of the Equipment/Service(s).

ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS CONTAINED IN THE SECTIONS ENTITLED "TERMS AND CONDITIONS" AND "ADDITIONAL TERMS AND CONDITIONS".  THIS AGREEMENT REQUIRES FINAL APPROVAL BY A TYCO AUTHORIZED MANAGER BEFORE ANY EQUIPMENT/SERVICES MAY BE PROVIDED. IF APPROVAL IS DENIED, THIS AGREEMENT WILL BE TERMINATED AND TYCO'S ONLY OBLIGATION TO CUSTOMER WILL BE TO NOTIFY CUSTOMER OF SUCH TERMINATION AND REFUND ANY AMOUNTS PAID IN ADVANCE.

IF MAINTENANCE SERVICE IS DECLINED, CUSTOMER MUST INITIAL HERE _____

TYCO INTEGRATED SECURITY LLC

Presented by: _____
                         (Signature of Tyco Sales Representative)

Sales Agent: Paul Phillips
Sales Representative Registration Number (if applicable):_____

IF A 5-DAY FAMILIARIZATION PERIOD IS REQUESTED, CUSTOMER MUST INITIAL HERE _____

CUSTOMER:_____

Accepted By: _____
                         (Signature of Customer's Authorized Representative)

                         _____
                         (Name Printed)

Title:_____

Date Signed:_____

B-3

e-Form 8880UE00 (06/2012)

Page 1 of 8
© 2012 Tyco. All Rights Reserved


**COMMERCIAL SALES AGREEMENT**

| TOWN NO.<br>0147-ALLENTOWN, PA | CUSTOMER NO. | JOB NO. | PO NO. | ESTIMATE NO.<br>1-1OWFTTL |
|---|---|---|---|---|

DATE: 7/29/2015

**Tyco Integrated Security LLC ("Tyco")**

Paul Phillips
6330 Hedgewood Dr,
Allentown, PA  18106-9268
Tele. No. (610) 573-2908

Kilbanks Real Estate
d/b/a:
("Customer")
**Customer Billing Information**
723 Washington St,
Easton, PA  18042
Attn: Bob Kilbanks
Tele. No.

**Customer Premises Serviced**
723 Washington St,
Easton, PA  18042
Attn: Bob Kilbanks
Tele. No. (484) 903-8815

This Commercial Sales Agreement is between Customer and Tyco effective as of the date signed by Customer. By entering into this Agreement, Tyco and Customer agree to the Terms and Conditions contained in this Agreement. The Equipment and/or Services, collectively the System(s) covered under this Agreement is/are listed in the attached Schedule(s) of Protection / Scope of Work ("SOW").

**I.  THE FOLLOWING DOCUMENTS ARE ATTACHED TO THIS AGREEMENT AND ARE INCORPORATED BY REFERENCE:**

    (a)   Hazardous Substance Checklist and Customer Letter
    (b)   Scope of Work / Schedule(s) of Protection
    (c)   Terms and Conditions
    (d)   Additional Terms and Conditions

    (e)   State Specific Forms, if applicable (e.g., local permit applications)
    (f)   Customer Installation Acceptance Form (specific to Equipment/Services purchased)
    (g)   If multiple locations, see attached schedule

**II.  CHARGES AND FEES:** Customer agrees to pay the sum of **$ 8,286.07** ("Installation Charge") with **$ 3,500.00** payable upon acceptance of this Agreement ("Installation Charge Deposit") plus any applicable "Fees" and sales taxes. Tyco may invoice Customer for progress billings based upon Equipment and/or System components delivered or stored, and/or Services performed before completion of the System/Equipment installation, activation of the System, connection to the CMC, or any other Service(s). All outstanding Installation Charges and/or Fees shall be due and payable upon completion of the installation of the Equipment/System and as a precondition to activation of System and, if applicable, connection to Tyco's Central Monitoring Center ("CMC") or any other Service(s). Any changes in the STATEMENT OF WORK / SCHEDULE OF PROTECTION made by the Customer after execution of this Agreement must be agreed to by Tyco and the Customer in writing and may be subject to additional charges and/or fees. Any equipment ordered by Customer by e-mail or telephone order shall be subject to terms and conditions of the Agreement and may be subject to shipping, handling, and/or restocking fees. For the Service(s) provided as indicated in this Agreement, Customer agrees to pay Service Charges in the amount of  **$ 1,334.40** per annum (the "Annual Service Charge"), payable in advance Quarterly plus applicable state and/or local tax(es) for 5 year(s) (the "Initial Term") effective from the date such Service is operative under this Agreement. Until Customer has paid Tyco the Installation Charge and Fees in full, Customer grants to Tyco a security interest in the Equipment and all proceeds thereof to secure such payment. After the Initial Term this Agreement shall automatically renew on a/an Annual basis unless terminated by either party upon written notice at least thirty (30) days prior to the anniversary date. Tyco shall have the right to increase Annual Service Charge(s) after one (1) year. For termination prior to the end of the Initial Term, Customer agrees to pay, in addition to any outstanding Fees and charges for Service(s) rendered prior to termination, **90%** of the Annual Service Charge(s) remaining to be paid for the unexpired term of the Agreement as liquidated damages but not as a penalty. Additionally, Customer agrees to pay any assessments, taxes, new charges imposed by any governmental body, telephone, communication, or signal transmission company such as false alarm, permitting or connection fees, or administration fees or service charges assessed by Tyco related to AHJ requirements and/or changes to applicable laws, the need to reprogram alarm controls/devices to comply with area code, signal transmission, numbering or other changes relating to the installed Equipment and/or Service(s) provided under this Agreement ("Fees").

**III.  ENTIRE AGREEMENT; CUSTOMER ACCEPTANCE:** This Agreement, together with all of its written Amendments, Riders, Scope of Work and/or Exhibits, constitutes the entire agreement between the Customer and Tyco relating to the subject matter hereof and supersedes any prior or contemporaneous oral or written agreements and understandings. The terms and conditions of this Agreement will prevail over any conflicting, inconsistent or additional terms and/or conditions contained in any purchase order, agreement, or other document issued by Customer. In signing this Agreement, Customer is not relying on any advice, advertisements, or oral representations of Tyco and agrees to be bound to the terms and conditions contained in all the pages of the Agreement. Customer agrees that any representation, promise, condition, inducement or warranty, express or implied, not included in this Agreement will not be binding upon Tyco, and that the terms and conditions in this Agreement apply as printed without alteration or qualification, except as specifically modified by a written agreement signed by Tyco and Customer. Any changes in the Statement of Work or scope of the work requested by the Customer after the execution of this Agreement may result in additional cost to the Customer and any such changes/additions must be authorized in a writing signed by both the Customer and Tyco. Customer's failure to accept and sign this Agreement within ninety (90) days of the date shown above may result in price increases. Customer acknowledges that: (a) Tyco has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from Tyco at an additional cost to the Customer; (c) Customer desires and has contracted for only the Equipment and/or Service(s) itemized in this Agreement; (d) the Equipment/Service(s) specified in this Agreement are for Customer's own use and not for the benefit of any third party; (e) Customer owns the premises in which the Equipment is being installed or has the authority to engage Tyco to carry out the installation in the premises; and (f) Customer will comply with all laws, codes and regulations pertaining to the use of the Equipment/Service(s).

ATTENTION IS DIRECTED TO THE WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS CONTAINED IN THE SECTIONS ENTITLED "TERMS AND CONDITIONS" AND "ADDITIONAL TERMS AND CONDITIONS". THIS AGREEMENT REQUIRES FINAL APPROVAL OF A TYCO AUTHORIZED MANAGER BEFORE ANY EQUIPMENT/SERVICES MAY BE PROVIDED. IF APPROVAL IS DENIED, THIS AGREEMENT WILL BE TERMINATED AND TYCO'S ONLY OBLIGATION TO CUSTOMER WILL BE TO NOTIFY CUSTOMER OF SUCH TERMINATION AND REFUND ANY AMOUNTS PAID IN ADVANCE.

IF MAINTENANCE SERVICE IS DECLINED, CUSTOMER MUST INITIAL HERE _____

**TYCO INTEGRATED SECURITY LLC**

Presented by: _____
    (Signature of Tyco Sales Representative)

Sales Agent: Paul Phillips
Sales Representative Registration Number (if applicable): _____

IF A 5-DAY FAMILIARIZATION PERIOD IS REQUESTED, CUSTOMER MUST INITIAL HERE _____

CUSTOMER: X _Edgar Riveros Sanchez_

Accepted By: X _____
    (Signature of Customer's Authorized Representative)

X _Edgar Rixeros- Sanchez_
    (Name Printed)

Title: X _Owner_

Date Signed: X _7/29/2015_

B-4

fuldec (10/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Edgar Riveros–Sanchez
P.O. Box 394
Analomink, PA 18320

Chapter 13
Case No. 5:08–bk–52344–JJT

Last four digits of Social–Security, Individual
Taxpayer–Identification, Employer Tax–Identification No(s)(if
any):
xxx–xx–9142

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above–named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 1, 2015

BY THE COURT

John J. Thomas
United States Bankruptcy Judge

$E_{X}HIBIT$  B-5

# CITY OF EASTON
## 2014 APPLICATION FOR BUSINESS LICENSE

**Business #** 6401 (leave blank)

Date of Application 8/22/14

**Mail and Pay To: City of Easton**
1 S. Third St.
Easton, PA 18042

**Questions**
610 250-6755
mjoseph@easton-pa.gov

Application is hereby made for a Business License for the year 2014 as required by the Codified Ordinances for the City of Easton as amended by City Council.

Date Business or Business Activity started (within the City Limits of Easton) _Aug 22, 2014_

Business Name _EDGAR RIVEROS-SANCHEZ_ Federal EIN No. _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_
Business Location Address (Do not use PO Box) _35 WEST COTTAGE AVE Apt 3_ City _TAMAQUA_ State _PA_ Zip _18252_
Legal Name (if different from Business Name) _____ Phone _____

| Mailing Address for Tax Forms | Contact Person _____ | Email Address _____ | |
|---|---|---|---|
| | Street or PO Box _____ | City _____ | State ___ Zip ___ |

Type of Entity: [X] Sole Proprietor [ ] Partnership [ ] Corporation [ ] S-Corporation
Business Classification: [ ] Wholesale [ ] Retail [ ] Service [X] Rental [ ] Manufacturing
Nature of Business (brief detailed description) Fax _____
_RESIDENTIAL APARTMENTS LOCATED AT 727 WASHINGTON ST. EASTON PA 18042_

List Principal Owners, Partners or Officers (Attach additional sheet if needed)

| Name & Title | Home Address (No PO Box) | Social Security No. | Home Phone # |
|---|---|---|---|
| EDGAR RIVEROS-SANCHEZ | 35 WEST COTTAGE AVE Apt.3 | 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 | 570-225-5149 |
| | TAMAQUA PA 18252 | | |

No. of Employees (include self) _1_
Have you ever been issued a Business License by the City of Easton before? [ ] Yes [X] No
If yes, give the name the license was issued under: _____
If you do not own your business location (in City only), list landlord _____
Give name, address (excluding PO Boxes) of other places of Business, Parent Companies (if subsidiary) within or outside of the City of Easton. _N/A_

*Note: Any applicant wishing to establish/operate a business within the City of Easton must first obtain a zoning permit from the CODES/ZONING OFFICE, Third Floor – 610-250-6724.*

*Note: Attention to all rental property owners: Be sure to register ALL of your residential rental units EVERY YEAR with the Residential Rental Properties Licensing and Inspection Office, Third Floor – 610-250-6725.*

## Business License Fees

| | |
|---|---|
| Rental, Retail, Wholesale, Service, Contractor or any business not listed below | $25 |
| Parking Lot Operators, per location (attach list) #_____ sf. 1-12,000 sf $25; 12,001-18,000 sf $50; 18,000+ sf $100 | |
| Hotel/Motel/B&B/Rooming House # of ____ rooms, 1-9 rooms $25; 10-24 rooms $50; 25 or more rooms $100 | |
| Warehouse or storage | $50 |
| Pawnbroker | $50 |
| Fuel Sales (liquid or solid) License $100 (includes 1 truck) + $5 for each additional truck | |
| Transportation Company (Buses, Taxis, Limos within City) $10.00 each vehicle, maximum $100 | |
| Bus Terminal | $100 |
| Auction Company License $100 plus $10 for each auction | |
| Public exhibitions, shows & recitals (religious, educational & charitable exempt) $10 each, maximum $100 | |
| Selling of flowers, plants, Christmas trees prior to holidays $20 for each holiday season | |

**Total Remitted with Application** $ _25.00_

I verify that the statements made herein are true and correct. I understand that false statements made herein are subject to the penalties of 18 PA. C.S. 4904 relating to unsworn falsification to authorities.

Authorized Signature _____ 8/22/2014

Revised 1/27/2006

See reverse for instructions

_Exhibit "C"-1_



**CITY OF EASTON**

Bureau of Codes and Inspections
Office of Residential Rental Properties Licensing and Inspection
Third Floor, One South Third Street, Easton, PA 18042
Phone 610-250-6724 Fax 610-250-6607

> Date Renewal Invoice
> Received by City:
> AUG 2 5 2011

# RENEWAL INVOICE FOR RENTAL REGISTRATION
## VALID August 15, 2014 through August 14, 2015

## Owner/Business Name & Address

RIVEROS-SANCHEZ, MARIA
PO BOX 394
ANALOMINK PA , 18320

## Registration Fees & Due Dates

**by August 15, 2014**    **$ 65.00**

**after August 15, 2014**    **$ 95.00**
**after September 15, 2014**    **$125.00\*\***

## Rental Registration(R/L) # RL5310

**Address of Rental** 723   WASHINGTON

**Apartment # _ UNIT 1**     **City Area** WW
**Business ID# 2262**

Make Payable to: City of Easton

**Mail to:** Residential Rental Registration
One South Third St, 3rd Floor
Easton, PA 18042

Review the pre-printed information on this form and make any corrections/changes, as necessary. Cross out the incorrect information and clearly print any new information. Fill in blank spaces, as applicable. Do NOT use a PO BOX as the owner address. Article III of the CODE states that a Property Manager MUST be appointed if the Property Owner does not live within a thirty (30) mile radius of the City of Easton.

\*\***Any residential rental unit that has NOT been registered with our office by October 15, 2014, will be in VIOLATION OF THE CODE of the City Of Easton and subject to legal action.**

## Property Owner Information

RIVEROS-SANCHEZ, MARIA
~~P.O. BOX 394~~ 95 West Cottage Ave.
~~ANALOMINK, PA 18320~~
Tamaqua PA 18252

**Contact Name:**
**Phone #** 570·668·4678
**Cell #** 570·225·5149
**E-mail**

## Manager Information (if applicable)

**Name** Bob Kilbanks
**Address** 911 Northampton St.
**City, State, Zip** Easton PA 18042

**Contact Name** _____
**Phone #** _____
**Cell #** 484-903-8815
**E-mail** FBK98@aol.com

## Tenant Information

### List the names of ALL occupants that are eighteen (18) years old and over

List tenant names, even if there is no change from last year. No more than three (3) unrelated persons may occupy a Rental Unit. Write VACANT in the NAME space below if the Rental Unit is currently unoccupied. Use additional paper if necessary.

**Name** WALTER AND BONNIE HARRELL    Phone # 610-810-6598

**Name** _____    Phone # 610-478-5257

**Name** _____    Phone # _____

**Name** _____    Phone # _____

**TOTAL number of occupants in the Rental Unit** (including children) _____ 3

### Additional Information _____

By signing below I verify that subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities, that the above information is accurate; and that I have read the **Summary of Article III, Chapter 456 of the CODE** on the reverse side.
ꭓ **SIGNATURE OF APPLICANT** _____ Date 8/21/2014   Revised 6/25/2013

For Office Use Only:
PAYMENT PROCESSED _____ AMOUNT $ 65/195 _____ CHECK # 349

C-2

Exhibit "D-j"

CITY OF EASTON, PENNSLVAN

# CLOSED US

# FORBIDDEN

723 Washington St    Units 1,2,3

ADDRESS

er 456-20(a) Violations and Penalties                    Seven (7) days to V

RENTAL CODE COMPLIANCE OFFICE                    DATE 7/28/15

# *DO NOT REMOVE*

UREAU OF CODES & INSPECTIONS – 610-250-

D-2

DDEN

Units 1, 2, 3

:S

Seven (7) days to VACATE

DATE 7/28/15

EMOVE

TIONS – 610-250-6724

D -3



# CITY OF EASTON
## PENNSYLVANIA

**DEPARTMENT OF FIRE**
11 N. 6th Street
Easton, PA 18042

**Office of the Fire Marshal**
PHONE (610) 250-6671
FAX (610) 250-7159

# NOTICE OF VIOLATION

COPY

Edgar Riveros-Sanchez
35 West Cottage Ave
Tamaqua, PA  18252

### Regarding: 723 Washington Street

Dear Property Owner:

The City of Easton Rental Compliance Officer has notified me that your three (3) unit rental property does not have a functioning fire alarm system that complies with the City of Easton codes. Additionally, the rental inspector had advised me that repeated attempts by her to get this important public safety system installed have been ignored for the past ten (10) months.

Henceforth, you are in violation of the International Fire Code and the BOCA National Existing Structure Code as adopted by the City of Easton. This requires you to take the following corrective actions to protect the occupants residing there:

1) Submit in writing, to the Codes Department, a permit application to install a complaint fire alarm system in the above property. This application must be compete with all required documents and/or drawings needed for permit approval. This permit application must be received at the Codes Department within the ten (10) days.

2) Complete the installation of the required fire alarm system in the above property. Installation must be completed by an alarm service technician who meets the qualifications of NFPA 72 and this installation must be completed within (30) days of permit application.

3) Submit in writing, to this office a fire alarm inspection report for the above property. This annual inspection report must be completed upon completion of the fire alarm system installation and delivered to me within five (5) days of installation.

As the listed property owner, you are hereby required to remedy this violation within the number of days listed with the violation, starting upon receipt of this notice. I must advise you that failure to comply with this notice renders a violator subject to the penalties as provided in the code. Each day a violation continues, shall be deemed a separate offense. Penalties can include fines in the amount of $1000.00 per day and/or include the loss of your property's occupancy permit and closing the building to occupants.

You have the right to appeal this notice within ten (10) days of receipt and request a hearing before the Property Maintenance Review Board of Appeals. Appeal request can be filed with the Bureau of Code Enforcement at City Hall, One South Third Street, 3rd Floor, Easton, PA.

JHP

Exhibit "E"

It is your responsibility to correct this matter and to notify this office where these life safety violations have been abated so a re-inspection can be made. Thank you in advance for your cooperation in making Easton a fire safe community.

Sincerely,

John H. Price, IAAI-CFI
Fire Marshal, City of Easton

Certified Mail #7010 2780 0001 0902 6313 and Regular Mail

cc: File
    Liz Gehman, Rental Compliance Officer
    Codes Office

0068048         11-24
Office AU #       1210(8)

**CASHIER'S CHECK**

SERIAL #:  6804800969
ACCOUNT#:  4861-007955

Purchaser:        EDGAR RIVERDS-SANCHEZ
Purchaser Account:  1010264446978
Operator I.O.:      pa003227

January 02, 2014

PAY TO THE ORDER OF        ***OCWEN***

***Nine hundred fourteen dollars and 55 cents***

**$914.55**

WELLS FARGO BANK, N.A.
400 MAIN ST
STROUDSBURG, PA 18350
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004      L4803 13320727

---

0068075         11-24
Office AU #       1210(8)

**CASHIER'S CHECK**

SERIAL #:  6807500384
ACCOUNT#:  4861-007955

Purchaser:        EDGAR RIVEROS-SANCHEZ
Purchaser Account:  1010264446978
Operator I.D.:      pa001443

February 06, 2014

PAY TO THE ORDER OF        ***OCWEN LOAN SERVICING***

***Nine hundred fourteen dollars and 55 cents***

**$914.55**

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004      L4803 12096343

---

0068075         11-24
Office AU #       1210(8)

**CASHIER'S CHECK**

SERIAL #:  6807500386
ACCOUNT#:  4861-007955

Purchaser:        EDGAR RIVEROS-SANCHEZ
Purchaser Account:  1010264446978
Operator I.D.:      pa002966

February 11, 2014

PAY TO THE ORDER OF        ***OCWEN LOAN SERVICES LLC***

***Nine hundred fourteen dollars and 55 cents***

**$914.55**

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

FB004      L4803 12096343

Exhibit "F"      F-1

**CASHIER'S CHECK**

SERIAL #: 6807500396

ACCOUNT#: 4861-007955

Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   pa001444

March 06, 2014

PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING***

***Nine hundred fourteen dollars and 55 cents***     **\*\*$914.55\*\***

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

*April payment*

**Purchaser Copy**

FB004   ⑈⑆⑈ 12056343

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500411

ACCOUNT#: 4861-007955

Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   u305856

April 05, 2014

PAY TO THE ORDER OF    ***OCWEN LOAN SERVICES LLC***

***Nine hundred fourteen dollars and 55 cents***     **\*\*$914.55\*\***

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

*May payment*

**Purchaser Copy**

FB004   ⑈⑆⑈ 12056343

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500425

ACCOUNT#: 4861-007955

Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   pa001446

May 07, 2014

PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC***

***Nine hundred fourteen dollars and 55 cents***     **\*\*$914.55\*\***

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   ⑈⑆⑈ 12056343

F-2

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500445
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    pa001444
Funding Source:    Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC***

June 05, 2014

***Nine hundred fourteen dollars and 55 cents***

**\*\*$914.55\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    M1553 12096343

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500461
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    pa001451
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC ***

July 03, 2014

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    M1553 120963-3

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500469
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    pa001448
Funding Source:    Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC***

July 15, 2014

***Nine hundred fourteen dollars and 55 cents***

**\*\*$914.55\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    M1553 12096343

F-3

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500474
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    u305856
Funding Source:    Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING***

**August 05, 2014**

***Nine hundred fourteen dollars and 55 cents***

**\*\*$914.55\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 914.55

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    u4201 12095343

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500485
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    a2D4427
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWAN LOAN SERVICING, INC***

**September 12, 2014**

***Eight hundred dollars and no cents***

**\*\*$800.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 800.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FBC50    u4201 40278427

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500496
ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account:    1010264446978
Operator I.D.:    a2D4427
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING, LLC***

**October 07, 2014**

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    u4201 40278427

F-4

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500518

ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    u381090
Funding Source:    Cash, Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICES LLC***

December 04, 2014

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    ⌐⌐⌐ 40279427

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500537

ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    u381030
Funding Source:    Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLE***

January 06, 2015

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    ⌐⌐⌐ 40279427

---

0068075    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500555

ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    u376252
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC***

February 09, 2015

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    ⌐⌐⌐ 40279427

F-5

6068075    11-24    **CASHIER'S CHECK**    SERIAL #: 6807500563

Office AU #    1210(8)    ACCOUNT# 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    u382878    **March 10, 2015**
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWAN LOAN SERVICING LLC ***

***Nine hundred dollars and no cents***    **\*\*$900.00\*\***

Payee Address:
Memo:    MORTGAGE PAYMENT

WELLS FARGO BANK, N.A.    NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,    VOID IF OVER US $ 900.00
17 W BROAD ST    STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252    AND REISSUANCE. AS A CONDITION TO CANCELLATION AND    **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122    REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
    FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

FB004    ורבב 40279427

---

6068075    11-24    **CASHIER'S CHECK**    SERIAL #: 6807500571

Office AU #    1210(8)    ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    u381030    **April 06, 2015**
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICES LLC***

***Nine hundred dollars and no cents***    **\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.    NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,    VOID IF OVER US $ 900.00
17 W BROAD ST    STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252    AND REISSUANCE. AS A CONDITION TO CANCELLATION AND    **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122    REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
    FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

FB004    ורבב 40279427

---

0068075    11-24    **CASHIER'S CHECK**    SERIAL #: 6807500582

Office AU #    1210(8)    ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010254446978
Operator I.D.:    pa808641    **May 06, 2015**
Funding Source:    Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF    ***OCWEN LOAN SERVICING LLC***

***Nine hundred dollars and no cents***    **\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.    NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,    VOID IF OVER US $ 900.00
17 W BROAD ST    STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252    AND REISSUANCE. AS A CONDITION TO CANCELLATION AND    **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122    REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
    FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

FB004    ורבב 40279427

F-6

0058075   11-24   **CASHIER'S CHECK**   SERIAL #: 6807500592
Office AU #   1210(6)

Remitter:   EDGAR RIVEROS-SANCHEZ   ACCOUNT#: 4861-007955
Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   a204427   June 09, 2015
Funding Source:   Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF   ***OCWEN LOAN SERVICING***

***Nine hundred dollars and no cents***   **\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.   NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,   VOID IF OVER US $  900.00
17 W BROAD ST   STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252   AND REISSUANCE. AS A CONDITION TO CANCELLATION AND   **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122   REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
   FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

B004   1-352 40272427

---

0058075   11-24   **CASHIER'S CHECK**   SERIAL #: 6807500604
Office AU #   1210(8)

Remitter:   EDGAR RIVEROS-SANCHEZ   ACCOUNT#: 4861-007955
Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   u375252   July 06, 2015
Funding Source:   Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF   ***OCWEN LOAN SERVICING***

***Nine hundred dollars and no cents***   **\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.   NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,   VOID IF OVER US $  900.00
17 W BROAD ST   STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252   AND REISSUANCE. AS A CONDITION TO CANCELLATION AND   **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122   REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
   FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

*August. 2015*

## Purchaser Copy

F6304   10 11 40273427

---

0058075   11-24   **CASHIER'S CHECK**   SERIAL #: 6807500636
Office AU #   1210(8)

Remitter:   EDGAR RIVEROS-SANCHEZ   ACCOUNT#: 4861-007955
Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:   pe008641   September 08, 2015
Funding Source:   Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF   ***OCWEN LOAN SERVICING LLC***

***Nine hundred dollars and no cents***   **\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.   NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,   VOID IF OVER US $  900.00
17 W BROAD ST   STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
TAMAQUA, PA 18252   AND REISSUANCE. AS A CONDITION TO CANCELLATION AND   **NON-NEGOTIABLE**
FOR INQUIRIES CALL (480) 394-3122   REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
   FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

*Sent Sep/9-2015*

*F-7*

F2714   10102 40279427

0068075    11-24

Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500655

ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:    u421749
Funding Source:    Cash

PAY TO THE ORDER OF

October 26, 2015

\*\*\*OCWEN LOAN SERVICING, LLC\*\*\*
\*\*\*ACCT. 7142445597 OCTOBER MORTGAGE PAYMENT \*\*\*

\*\*\*Nine hundred dollars and no cents\*\*\*

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    40279427

---

0068075    11-24

Office AU #    1210(8)

**PERSONAL MONEY ORDER**

SERIAL #: 6807503089

ACCOUNT#: 4861-509800

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:    u421749
Funding Source:    Cash

PAY TO THE ORDER OF

October 26, 2015

\*\*\*OCWEN LOAN SERVICING, LLC\*\*\*
\*\*\*ACCT. 7142445597 NOVEMBER MORTGAGE PAYMENT\*\*\*

\*\*\*Nine hundred dollars and no cents\*\*\*

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FBC04    40279427

---

0068075    11-24

Office AU #    1210(8)

**CASHIER'S CHECK**

SERIAL #: 6807500659

ACCOUNT#: 4861-007955

Remitter:    EDGAR RIVEROS-SANCHEZ
Purchaser:    EDGAR RIVEROS-SANCHEZ
Purchaser Account: 1010264446978
Operator I.D.:    u381030
Funding Source:    Cash

PAY TO THE ORDER OF    \*\*\*OCWAN LOAN SERVING LLC--DECEMBER PAYMENT\*\*\*

November 13, 2015

12-2015

\*\*\*Nine hundred dollars and no cents\*\*\*

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB    40279427

F-8

9058075   11-24

Office AU E   1210(8)

**CASHIER'S CHECK**

SERIAL #:  6807500678

ACCOUNT#:  4851-007955

Remitter:   EDGAR RIVEROS-SANCHEZ
Purchaser:   EDGAR RIVEROS-SANCHEZ
Purchaser Account:   1019264446978
Operator I.D.:   u381030
Funding Source:   Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF   ***OCWEN LOAN SERVICING LLC DECEMBER PAYMENT***

December 21, 2015

***Nine hundred dollars and no cents***

**\*\*$900.00\*\***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17 W BROAD ST
TAMAQUA, PA 18252
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 900.00

**NON-NEGOTIABLE**

**Purchaser Copy**

40070427

F-9

**From:** Robert Kilbanks <fbk98@aol.com>

**To:** egehman <egehman@easton-pa.gov>

**Subject:** To Liz Gehman from Bob Kilbanks for 723 Washington St.

**Date:** Mon, Oct 27, 2014 9:45 am

Liz:

We will be available to have you re-inspect some items on this Thursday afternoon 10/30 at 1:30pm... or later that afternoon if you're free. Both Edgar and I can be there.
We are continuing to work with TYCO on the fire alarm and we are trying to schedule the TYCO expert to visit the property at that same time.

I left a message on your Voicemail this past Friday...

Thanks for your patience!

Bob
484-903-8815

$Exhibit "G" -1$

**From:** Codes Rental Officer - Elizabeth Gehman <egehman@easton-pa.gov>
  **To:** fbk98 <fbk98@aol.com>
**Subject:** RE: Rental Recheck
  **Date:** Wed, Dec 3, 2014 2:29 pm

You are all set for 12/18 at 130 I will see you then!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-    (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov
CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and
privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error,
please notify the sender and delete this e-mail from your system.

**From:** fbk98 [mailto:fbk98@aol.com]
**Sent:** Wednesday, December 03, 2014 12:52 PM
**To:** Codes Rental Officer - Elizabeth Gehman
**Subject:** RE: Rental Recheck

Hi Liz:

Can you please set up an appt for us on Thurs Dec 18th at 1:30 pm? We will meet you at the property.

Bob

Sent on a Sprint Samsung Galaxy S® 5

-------- Original message --------
From: Codes Rental Officer - Elizabeth Gehman
Date:12/02/2014 11:33 AM (GMT-05:00)
To: fbk98@aol.com
Subject: Rental Recheck

Bob,

$G-2$

We have reached the second 30 day point in the rental inspection process, just emailing you to set up for a final recheck on the property at 723 Washington St, let me know if you have time within the next two weeks to meet me at the property, thanks in advanced!!

**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-      (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

Before printing this e-mail, please determine if it is truly necessary

"This communication and attachment(s) are confidential, and may contain legally privileged information which is intended only for the use of the receipient(s) named above. If the reader of this message is not the intended recipient you are hereby notified that any copying, use, actions or reliance on the contents, or dissemination by persons other than the addressee(s) is strictly prohibited. Please notify the sender immediately if you received this email in error by reply email and delete the message from your computer immediately. Thank you."
Before printing this e-mail, please determine if it is truly necessary

"This communication and attachment(s) are confidential, and may contain legally privileged information which is intended only for the use of the receipient(s) named above. If the reader of this message is not the intended recipient you are hereby notified that any copying, use, actions or reliance on the contents, or dissemination by persons other than the addressee(s) is strictly prohibited. Please notify the sender immediately if you received this email in error by reply email and delete the message from your computer immediately. Thank you."

G-3

-------- Original message --------
From: Gehman Liz Codes
Date:03/31/2015 1:50 PM (GMT-05:00)
To: "'fbk98@aol.com'"
Subject: 723 Washington St

Mr. Kilbanks,

Just writing to see if you are ready for the final recheck on 723 Washington St? I assume the alarm system should be installed by now since this process started back in September of last year. I would love to get this one taken off my desk and have it all closed out. Let me know how things are going, thanks in advanced!!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**

Phone- (610)250-2062

Fax-     (610)250-6707

egehman@easton-pa.gov

www.easton-pa.gov

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

$$G - 4$$

**From:** Robert Kilbanks <fbk98@aol.com>
   **To:** egehman <egehman@easton-pa.gov>
**Subject:** Re: 723 Washington St
   **Date:** Tue, Apr 28, 2015 5:07 pm

Liz...yes 10:30 this Fri will work for us. See you then...thanks!

Bob

-----Original Message-----
From: Gehman Liz Codes <egehman@easton-pa.gov>
To: 'Robert Kilbanks' <fbk98@aol.com>
Sent: Tue, Apr 28, 2015 2:41 pm
Subject: RE: 723 Washington St

I have you in for 1030 if that's ok.

**From:** Robert Kilbanks [mailto:fbk98@aol.com]
**Sent:** Tuesday, April 28, 2015 2:23 PM
**To:** Gehman Liz Codes
**Subject:** Re: 723 Washington St

Liz...are you free to do the inspection between 10am 11:30 this Friday? I might have trouble with the 2pm time slot...

Bob

-----Original Message-----
From: Gehman Liz Codes <egehman@easton-pa.gov>
To: 'fbk98' <fbk98@aol.com>
Sent: Fri, Apr 24, 2015 9:49 am
Subject: RE: 723 Washington St

Bob,

I have some time next Friday afternoon 5/1 for this recheck, does 2pm work for you?

**From:** fbk98 [mailto:fbk98@aol.com]
**Sent:** Wednesday, April 08, 2015 8:05 AM
**To:** Gehman Liz Codes
**Subject:** RE: 723 Washington St

Liz...are you free to recheck this Friday afternoon at 1:30 or after that on Friday?

Bob

Sent on a Sprint Samsung Galaxy S® 5

G-5

**From:** Gehman Liz Codes <egehman@easton-pa.gov>
   **To:** 'Robert Kilbanks' <fbk98@aol.com>
**Subject:** 723 Washington St
   **Date:** Tue, Jun 16, 2015 8:41 am

Hi Bob,

Just checking in to see if the fire alarm system was installed yet? Let me know, thanks in advanced!!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-      (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

$G-6$

**From:** Robert Kilbanks <fbk98@aol.com>
   **To:** egehman <egehman@easton-pa.gov>
**Subject:** Re: 723 Washington St
  **Date:** Fri, Jun 26, 2015 2:36 pm

---

Liz....Here's another update. Edgar and I spoke with Tony Sena of TYCO in a conference call today. As you may recall, he was very ill before, and he was unable to meet with us to work through the issues on the 2 contracts that we presented to you. He was feeling much better and he is going back to work on July 15th. We plan to meet with him *immediately* after that date. Edgar has monies committed to making this alarm happen and Tony is the one who has designed an affordable plan with us. I will keep you posted and appreciate your continued patience in this matter.

Bob

-----Original Message-----
From: Robert Kilbanks <fbk98@aol.com>
To: egehman <egehman@easton-pa.gov>
Sent: Tue, Jun 23, 2015 1:28 pm
Subject: Re: 723 Washington St

Liz...thanks for your patience! I received your prior email. I was waiting until I spoke with Edgar to get an update, which I did over the lunch hour today.
We need to reach back to Tony at TYCO again to see if we can reach an agreement on the final cost for the system based on the estimates we presented to you. We plan to do that by the end of this week or sooner. It is obviously not installed yet...but still in process. I will keep you posted....

Bob
484-903-8815 cell

-----Original Message-----
From: Gehman Liz Codes <egehman@easton-pa.gov>
To: 'Robert Kilbanks' <fbk98@aol.com>
Sent: Tue, Jun 23, 2015 9:07 am
Subject: 723 Washington St

Bob,

Where do we stand with this property and the alarm system?



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062

$G-7$

**From:** Gehman Liz Codes <egehman@easton-pa.gov>
**To:** 'Robert Kilbanks' <fbk98@aol.com>; Fahad David Codes <dfahad@easton-pa.gov>
**Subject:** RE: To Liz or Dave - 723 Washington St. - Fire Alarm Inspection
**Date:** Fri, Dec 4, 2015 2:41 pm

Bob,

You can contact Hillary at 610-250-6724 for an inspection of the fire alarm system, from there you can schedule an inspection with me to take a walk around the property and make sure everything is in compliance before you rent out the apartments. Let me know when you would like me to come out. Thanks!!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-     (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov
CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.


**From:** Robert Kilbanks [mailto:fbk98@aol.com]
**Sent:** Friday, December 04, 2015 2:08 PM
**To:** Gehman Liz Codes; Fahad David Codes
**Subject:** To Liz or Dave - 723 Washington St. - Fire Alarm Inspection

Liz or Dave:

Edgar Riveros-Sanchez (Property Owner) asked me to contact the City Code Office. TYCO said they are finished installing the new fire alarm system and for us to set up an inspection by the Code Officer in charge. What is the next step for Edgar to do? We want to put in the request for that inspection into motion ASAP! If it's enough of a notice, you can consider this email a green light to set up the inspection.

Thanks,

Bob Kilbanks

*G-8*

From: Gehman Liz Codes <egehman@easton-pa.gov>
  To: 'fbk98' <fbk98@aol.com>
Subject: RE: To Liz - 723 Washington St. - Fire Alarm Inspection
  Date: Tue, Dec 22, 2015 1:29 pm

I have you on my schedule for 3pm December 30th, also I checked the system and it appears that all is passed with the fire alarm system. See you next week!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-    (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov
CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.


**From:** fbk98 [mailto:fbk98@aol.com]
**Sent:** Tuesday, December 22, 2015 1:08 PM
**To:** Gehman Liz Codes
**Subject:** RE: To Liz - 723 Washington St. - Fire Alarm Inspection

Liz...do you have a 3 or 3:30 pm time slot open on Wed Dec 30th?

Also, Edgar wanted to make sure in advance if the City heard from Codemaster regarding the successful test of the Alarm on Dec 10th. Can you confirm that for us?

Thanks,
Bob

Sent on a Sprint Samsung Galaxy S® 5

-------- Original message --------



From: Gehman Liz Codes <egehman@easton-pa.gov>
Date:12/22/2015 8:35 AM (GMT-05:00)
To: 'fbk98' <fbk98@aol.com>
Cc:
Subject: RE: To Liz - 723 Washington St. - Fire Alarm Inspection

Bob,

We are off for the holiday Thursday and Friday this week. I have some time next Wednesday afternoon if that
is open for you. Thanks!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-    (610)250-6707
egehman@easton-pa.gov

www.easton-pa.gov

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and
privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error,
please notify the sender and delete this e-mail from your system.

**From:** fbk98 [mailto:fbk98@aol.com]
**Sent:** Tuesday, December 22, 2015 8:21 AM
**To:** Gehman Liz Codes
**Subject:** RE: To Liz - 723 Washington St. - Fire Alarm Inspection

Liz...If possible, we would to schedule a tour of the property this Thursday
12/24 first thing in the morning as early as possible...

Thanks,
Bob
484-903-8815

G- 10

Sent on a Sprint Samsung Galaxy S® 5

-------- Original message --------
From: Gehman Liz Codes <egehman@easton-pa.gov>
Date:12/21/2015 3:39 PM (GMT-05:00)
To: 'Robert Kilbanks' <fbk98@aol.com>
Cc:
Subject: RE: To Liz or Dave - 723 Washington St. - Fire Alarm Inspection

Bob,

As stated in my previous email, you just need to tell me when you would like to schedule an inspection with me to take a look around the property. Thanks!!



**LIZ GEHMAN**
Rental Compliance Officer

**City of Easton**
Phone- (610)250-2062
Fax-    (610)250-6707
egehman@easton-pa.gov
www.easton-pa.gov
CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

**From:** Robert Kilbanks [mailto:fbk98@aol.com]
**Sent:** Monday, December 21, 2015 1:44 PM
**To:** Gehman Liz Codes
**Subject:** Re: To Liz or Dave - 723 Washington St. - Fire Alarm Inspection

Liz...we passed the Fire Alarm Inspection with Codemaster on Thurs Dec 10th at 11am. Codemaster was to write up the report and present it to the City that next week. Then Codemaster said the City would remove the Yellow Notice from the doors.

The Yellow Notice is still on the front and side doors.

$G-11$

Can you get a status for us...or tell me where to get a status?

Thanks!

Bob
484-903-8815

-----Original Message-----
From: Gehman Liz Codes <egehman@easton-pa.gov>
To: 'Robert Kilbanks' <fbk98@aol.com>; Fahad David Codes <dfahad@easton-pa.gov>
Sent: Fri, Dec 4, 2015 02:41 PM
Subject: RE: To Liz or Dave - 723 Washington St. - Fire Alarm Inspection


Bob,


You can contact Hillary at 610-250-6724 for an inspection of the fire alarm system, from there you can schedule an inspection with me to take a walk around the property and make sure everything is in compliance before you rent out the apartments. Let me know when you would like me to come out. Thanks!!





**LIZ GEHMAN**

Rental Compliance Officer


**City of Easton**

Phone- (610)250-2062

Fax-    (610)250-6707

egehman@easton-pa.gov

G-12

www.easton-pa.gov

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

**From:** Robert Kilbanks [mailto:fbk98@aol.com]
**Sent:** Friday, December 04, 2015 2:08 PM
**To:** Gehman Liz Codes; Fahad David Codes
**Subject:** To Liz or Dave - 723 Washington St. - Fire Alarm Inspection

Liz or Dave:

Edgar Riveros-Sanchez (Property Owner) asked me to contact the City Code Office. TYCO said they are finished installing the new fire alarm system and for us to set up an inspection by the Code Officer in charge. What is the next step for Edgar to do? We want to put in the request for that inspection into motion ASAP! If it's enough of a notice, you can consider this email a green light to set up the inspection.

Thanks,

Bob Kilbanks

484-903-8815

G-13

**From:** Phillips, Paul W <pphillips@tyco.com>
   **To:** egehman <egehman@easton-pa.gov>
   **Cc:** Robert Kilbanks <fbk98@aol.com>
**Subject:** Fire Alarm 723 Washington St Easton Pa 18042 Kilbanks Real Estate
   **Date:** Fri, Aug 21, 2015 8:21 am

Good   Morning Liz   I just wanted to let you know that we are working with Mr Kilbanks on Installing a Fire Alarm at his location 723 Washington St Easton. I'm working on the permit and will drop it off in the next couple of days. Any questions Please call Thank You.

**Paul Phillips** / Commercial Account Executive / **Tyco Integrated Security**
Tel: 610-573-2908 / Cell: 610-972-4473 / Fax: 610-573-2929
6330 Hedgewood Drive Suite 250 / Allentown, PA 18106 / USA
pphillips@tyco.com / www.TycoIS.com



This e-mail contains privileged and confidential information intended for the use of the addressees named above. If you are not the intended recipient of this e-mail, you are hereby notified that you must not disseminate, copy or take any action in respect of any information contained in it. If you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy this e-mail and its attachments.

G- 14

**From:** Phillips, Paul W <pphillips@tyco.com>
**To:** Robert Kilbanks <fbk98@aol.com>
**Cc:** Healy, Patrick <phealy@tyco.com>
**Subject:** RE: Fire Alarm 723 Washington St Easton Pa 18042 Kilbanks Real Estate
**Date:** Wed, Aug 26, 2015 3:46 pm

Robert  The City has the Permit Application. I dropped it off on Monday. I have copied Pat Healy our Install Coordinator on your mail.  He is our scheduler. We are pretty backed up but Pat will be the one to answer when we can get there.

**Paul Phillips** / Commercial Account Executive / **Tyco Integrated Security**
Tel: 610-573-2908 / Cell: 610-972-4473 / Fax: 610-573-2929
6330 Hedgewood Drive Suite 250 / Allentown, PA  18106 / USA
pphillips@tyco.com / www.TycoIS.com



**Integrated Security**

**From:** Robert Kilbanks [mailto:fbk98@aol.com]
**Sent:** Wednesday, August 26, 2015 3:41 PM
**To:** Phillips, Paul W
**Subject:** Fwd: Fire Alarm 723 Washington St Easton Pa 18042 Kilbanks Real Estate

Paul...Thanks for moving ahead to prepare the Permit Application. Edgar wanted me to contact you for a couple of reasons:

1. He wanted to let you know that the 723 Washington St building was shut down several weeks ago by the City of Easton until action was taken on the installation of a fire alarm system. All units in the building are currently vacant. We are not exactly sure when we can allow new tenants into the building. We are hoping it will be soon after the Permit is filed, but it may be when the installation is completed.

2. Do you think the Permit application will be filed this week or as soon as next week?

3. Do you have an approximate idea when the system installation will be completed?

We are hoping to rent the 3 units in the property as soon as possible...

Thanks,

Bob Kilbanks
484-903-8815

-----Original Message-----
From: fbk98 <fbk98@aol.com>
To: Phillips, Paul W <pphillips@tyco.com>

G-15

Sent: Fri, Aug 21, 2015 9:20 am
Subject: RE: Fire Alarm 723 Washington St Easton Pa 18042 Kilbanks Real Estate

Thanks Paul!

Bob

Sent on a Sprint Samsung Galaxy S® 5

Thanks Paul!

Bob

Sent on a Sprint Samsung Galaxy S® 5
<br><br>-------- Original message --------<br>From: "Phillips, Paul W"
<pphillips@tyco.com> <br>Date:08/21/2015  8:20 AM  (GMT-05:00) <br>To:
egehman@easton-pa.gov <br>Cc: Robert Kilbanks <fbk98@aol.com> <br>Subject: Fire
Alarm  723 Washington St  Easton Pa 18042   Kilbanks Real Estate <br><br>
Good   Morning Liz    I just wanted to let you know that we are working with Mr Kilbanks on Installing a Fire Alarm at his location 723 Washington St Easton. I'm working on the permit and will drop it off in the next couple of days. Any questions Please call  Thank You.

**Paul Phillips** / Commercial Account Executive / **Tyco Integrated Security**
Tel  610-573-2908 / Cell: 610-972-4473 / Fax: 610-573-2929
6330 Hedgewood Drive Suite 250 / Allentown, PA  18106 / USA
pphillips@tyco.com / www.TycoIS.com

**Error! Filename not specified.**

This e-mail contains privileged and confidential information intended for the use of the addressees named above  If you are not the intended

recipient of this e-mail, you are hereby notified that you must not disseminate, copy or take any action in respect of any information contained in it  If

you have received this e-mail in error, please notify the sender immediately by e-mail and immediately destroy this e-mail and its attachments
Good    Morning Liz     I just wanted to let you know that we are working with
Mr Kilbanks on Installing a Fire Alarm at his location 723 Washington St Easton.
I'm working on the permit and will drop it off in the next couple of days. Any
questions Please call   Thank You.

Paul Phillips  /  Commercial Account
Executive /  Tyco Integrated Security
Tel:  610-573-2908  /  Cell: 610-972-4473
/ Fax: 610-573-2929
6330 Hedgewood Drive Suite 250  /  Allentown, PA  18106  /
USA
pphillips@tyco.com  /  www.TycoIS.com

This e-mail contains privileged

$6-16$