UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDGAR RIVEROS-SANCHEZ and <br> MARIA RIVEROS-SANCHEZ, <br>            Plaintiffs, <br><br> v. <br><br> CITY OF EASTON, JOHN BAST, and <br> JOHN H. PRICE, <br>            Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 5:19-cv-0545 |

# O R D E R

**AND NOW**, this 4th day of February, 2020, upon consideration of Defendants' motion to dismiss the Amended Complaint for failure to state a claim, ECF No. 18, and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, ECF No. 18, is **GRANTED**.

2. The Amended Complaint, ECF No. 17, is **DISMISSED, with prejudice.**

3. This case is **CLOSED.**

                                                BY THE COURT:


                                                */s/ Joseph F. Leeson, Jr.*_____
                                                JOSEPH F. LEESON, JR.
                                                United States District Court